**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 476 EAL 2019

           Respondent

                                : Petition for Allowance of Appeal
                                : from the Order of the Superior Court

           v.

STEVEN SIMMINGER,

           Petitioner

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of January, 2020, the Petition for Allowance of Appeal is

**DENIED**.

     Justice Wecht did not participate in the consideration or decision of this matter.